IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

          Plaintiff,

-vs-

Steven Turley,

          Defendant.

Case No. 3:16-cr-57

Magistrate Judge Ovington

## ORDER

On motion of the Defendant, in accordance with the provisions in Title 18 of the United States Code, § 3161, the Defendant in the above case, Steven Turley, hereby waives his right to a speedy trial in order to be set for a Pretrial Conference on 7 Sep, 2016. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: July 6, 2016

Defendant: _[signature]_

Defense Counsel: _[signature]_

_[signature]_
United States Magistrate Judge