IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Steven Turley,

        Defendant.

Case No. 3:16-cr-57

Magistrate Judge Ovington

## ORDER

On motion of the Defendant, in accordance with the provisions in Title 18 of the United States Code, Section 3161, the Defendant in the above case, Steven Turley, hereby waives his right to a speedy trial in order to be set for a status conference on November 2, 2016. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the scheduled status conference are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 9-13-16

_____
United States Magistrate Judge

Defendant: _____

Defense Counsel: _____