IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
16 NOV 10 AM 10: 41
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

United States of America,

        Plaintiff,

-vs-

Steven Turley,

        Defendant.

Case No. 3:16-cr-57

Magistrate Judge Ovington

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, Section 3161, the Defendant in the above case, Steven Turley, hereby waives his right to a speedy trial in order to be screened for Pretrial Diversion. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 11-4-16

United States Magistrate Judge

Defendant: _____

Defense Counsel: _____